# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 17, 2015

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 15-11845-F
Case Style: USA v. Everett Tripodis
District Court Docket No: 1:05-cr-00381-ODE-JMF-1

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Gerald B. Frost, F / BR
Phone #: (404) 335-6182

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 15-11845-F

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EVERETT JEROME TRIPODIS,
a.k.a. Edward Bourley,
a.k.a. Melvin Dudley,

Defendant - Appellant.

Appeal from the United States District Court
for the Northern District of Georgia

ENTRY OF DISMISSAL: Pursuant to Appellant Everett Jerome Tripodis's motion for voluntary dismissal (joint stipulation of the parties), FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective June 17, 2015.

DOUGLAS J. MINCHER
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Gerald B. Frost, F, Deputy Clerk

FOR THE COURT - BY DIRECTION