ND/GA PROB 12C
(6/12)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 12 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## for
## NORTHERN DISTRICT OF GEORGIA

## Violation Report and Petition For Warrant
## for Offender Under Supervision

Name of Offender: **Everett Jerome Tripodis**        Docket No. 1:05-CR-00381-01-ODE
**UNDER SEAL**
Name of Sentencing Judicial Officer:   **Honorable Orinda D. Evans, Senior U. S. District Court Judge**

Date of Original Sentence: **May 24, 2007**

Original Offense: **Tampering with a VIN (Count 2), in violation of 18 U.S.C. §511**
**Mail Fraud (Counts 7, 11, and 12), in violation of 18 U.S.C. §1341**
**Conspiracy to Transport in Interstate Commerce a Stolen Motor Vehicle and Tampering with a VIN (Count 17), in violation of 18 U.S.C. §§511 and 2312**

Original Sentence: **60 months imprisonment per count, to run concurrently to one another and consecutively to the sentence imposed in Docket No. 1:01-CR-109-GET, followed by 3 years supervised release**

Type of Supervision: **Supervised Release**        Date Supervision Commenced: **08/15/2012**

Assistant U.S. Attorney: **Joseph Plummer**        Defense Attorney: **To Be Determined**

\* Time tolled while in state custody from between 11/19/12 and 03/25/15

___

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender has violated the conditions of supervision as follows:

**_New Criminal Conduct_**:   *"The defendant shall not commit another federal, state or local crime."* Between December 19 and 21, 2015, the defendant committed in Fulton County, Georgia, the felony offenses of Burglary, Theft by Taking (seven counts), and Theft by Deception. These counts involved the thefts of multiple Bentley automobiles, the property of Bentley of Atlanta. These charges remain pending in Fulton County, Georgia.

**PREVIOUS VIOLATIONS REPORTED TO THE COURT:**

On February 5, 2010, the defendant was released to federal supervised release in the instant case. In April of 2011 a warrant was requested relative to multiple instances of new criminal conduct involving, among

other things, the theft of automobiles, as well as technical violations to include traveling outside the jurisdiction without permission, association with known felons, failure to notify the probation officer of contact with law enforcement, and failure to follow the instructions of the probation officer. On September 20, 2011, the Court revoked supervised release for a period of 18 months to serve, followed by 18 months supervised release, under all conditions previously imposed.

On August 15, 2012, the defendant was released from the Bureau of Prisons to another term of supervised release, however, on October 9, 2012, he was sentenced in Coweta County (Georgia) Superior Court for the offense of Burglary, receiving a 20-year sentence (12 years to serve, balance probated). The conduct underlying this conviction occurred on November 26, 2010. The defendant was released from the custody of the Georgia Department of Corrections to the instant period of supervised release, as well as a term of state parole, on March 25, 2015.

**PETITIONING THE COURT TO:**

Issue a Warrant for Everett Jerome Tripodis and that he be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked. IT IS FURTHER ORDERED that this petition and the warrant be sealed and that the same shall remain sealed until the warrant is executed or until further order of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

| _____ | _____ |
| Kelly M. Adcock         Date | N. Keith Scott         Date |
| Sr. U. S. Probation Officer | Supervising U. S. Probation Officer |

**THE COURT ORDERS:**

☒ The issuance of a Warrant.

☐ No Action

☐ Other

_____
Honorable Orinda D. Evans
Senior U. S. District Court Judge

July 8 2016
Date

AO442 (Rev. 5/93)

# UNITED STATES DISTRICT COURT
## Northern District of Georgia

## WARRANT FOR ARREST

UNITED STATES OF AMERICA
v.
Everett Jerome Tripodis

Case Number: 1:05-CR-00381-01-ODE

**UNDER SEAL**

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Everett Jerome Tripodis and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ■ Supervised Release Violation Petition

charging him with:

Commission of New Criminal Conduct, in violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer:

_____
Honorable Orinda D. Evans
Senior U. S. District Court Judge

Date: July 8 2016

Location: Atlanta

Bail fixed at $_____ By _____
                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |