**MAGISTRATE'S CRIMINAL MINUTES**

**REVOCATION PROCEEDINGS**

**FILED IN OPEN COURT**

DATE: 7/15/2016 @ 3:04 p.m.

TAPE: FTR

Time In Court: Hr ____ 5 Min

MAGISTRATE  JOHN K. LARKINS III      COURTROOM DEPUTY, Cynthia Mercado

CASE NO:  1:05-cr-381-ODE        DEFENDANT'S NAME      Everett Jerome Tripodis

AUSA:  Mary Roemer            DEFENDANT'S ATTY      Regina Cannon

USPO: _____        Type Counsel    ( ) Retained  ( ) CJA   (X) FDP

## REVOCATION PROCEEDINGS

__X__  Initial Appearance HELD.

__X__  Order appointing Federal Defender Program.

__X__  Preliminary hearing  **SET FOR**              7/22/2016 at 9:30 a.m.

_____  Waiver filed.

_____  Final revocation hearing  SET      TO BE SET

_____  Final  revocation hearing HELD.

_____  Defendant  ADMITS  the allegations as set forth in the petition.

_____  Court finds defendant  HAS  violated terms of release/probation.

_____  Court ordered defendant's release / probation to be:

_____ Revoked      _____ Terminated      _____ Reinstated/Continued

_____ Vacated      _____ Modified       _____ Written Order to follow

## BOND/DETENTION PROCEEDINGS

_____  Government Motion for Detention filed.

_____  Temporary Commitment ORDERED.

__X__  Order of Detention Pending Final Revocation Hearing.

_____  BOND SET

_____  Non-surety

_____  Surety  ( ) Cash    ( ) Property   ( ) Corporate surety ONLY

_____  SPECIAL CONDITIONS: _____

_____  _____

_____  _____

_____  BOND FILED; defendant RELEASED.