FILED IN OPEN COURT
U.S.D.C. Atlanta

JUL 15 2016

James N. Hatten, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,
vs.

EVERETT JEROME TRIPODIS

ORDER OF DETENTION PENDING FINAL HEARING ON PETITION FOR REVOCATION OF SUPERVISED RELEASE

CASE NO. 1:05-CR-381-ODE

In accordance with FED. R. CR. P. 32.1(a)(6) and 46(d), and the Bail Reform Act, 18 U.S.C. §3143(a), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending the holding of the final hearing on the petition to revoke supervised release in this case.

## Part I - Findings

The Defendant has not shown by clear and convincing evidence that:

❏ (1) The Defendant is not a serious risk of non-appearance at the final hearing;

❏ (2) There is not a serious risk that the defendant will endanger the safety of another person or the community.

## Part II - Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes that:

*Defendant does not contest detention.*

## Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative of confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED**, this the 15th day of July, 2016.

JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE